IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBERT STILLWELL, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) 1:19cv545 (LMB/TCB) |
| KPMG LLP, | ) ) ) ) |
| Defendant. | ) |

ORDER

For the reasons stated during a telephone conference held on the record, defendant's Motion to Dismiss [Dkt. No. 28] is GRANTED; and it is hereby

ORDERED that plaintiff's Complaint [Dkt. No. 1] be and is DISMISSED.

The Clerk is directed to enter judgment in defendant's favor pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to counsel of record, and close this civil action.

Entered this 13 day of April, 2021.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge